David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 10-33266 WTT |
| JARED MARK CAMPBELL and | |
| EMILY HAMILTON CAMPBELL, | Chapter 7 |
| Debtors. | Filed Electronically |

**TRUSTEE'S DECLARATION OF NON-OPPOSITION TO FINAL REPORT**

David C. West, Trustee in the above-entitled case ("Trustee"), states as follows:

1. I am the Trustee in the above-captioned Chapter 7 case.

2. On July 25, 2011 the Trustee filed his Notice of Trustee's Final Report and Applications For Compensation and Deadline to Object (NFR) (the "Notice"). Copies of the Notice were served by the BNC on all creditors and parties in interest on July 28, 2011.

3. The Notice specifically states that objections to the Trustee's final report and applications for compensation must be filed and served not later than August 22, 2011, and that if no objections are timely filed, the hearing may be stricken and the relief requested may be granted without a hearing.

4. As of this date, no objections have been received by this office, nor have any objections been docketed on the Court's docket sheet.

5. A proposed Order Approving Applications for Compensation and Reimbursement of Expenses and Trustee's Procedures has been filed with this declaration.

DATED: August 23, 2011

                                                      /s/
                                      David C. West, Trustee