# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH
# CENTRAL DIVISION

In re: CAMPBELL, JARED MARK § Case No. 10-33266
      CAMPBELL, EMILY HAMILTON §
       §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    David C. West, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $167,350.00                Assets Exempt: $4,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,389.59   Claims Discharged
                                                                     Without Payment: $399,497.26

Total Expenses of Administration: $1,464.50

    3) Total gross receipts of $ 6,854.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,854.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $287,793.33 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,464.50 | 1,464.50 | 1,464.50 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,586.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 392,768.33 | 150,706.52 | 150,706.52 | 5,389.59 |
| **TOTAL DISBURSEMENTS** | $688,147.66 | $152,171.02 | $152,171.02 | $6,854.09 |

4) This case was originally filed under Chapter 7 on September 27, 2010. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2012           By: /s/David C. West
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Accounts | 1129-000 | 11.43 |
| Tax Refunds-2010 | 1224-000 | 6,842.47 |
| Interest Income | 1270-000 | 0.19 |
| **TOTAL GROSS RECEIPTS** | | **$6,854.09** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ncb Ne Er | 4210-000 | 46,588.00 | N/A | N/A | 0.00 |
| NOTFILED | PCN Mortgage | 4210-000 | 46,341.20 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Federal Credit Union | 4210-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Community Fc | 4210-000 | 2,617.00 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Federal Credit Union | 4210-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | PCN Mortgage | 4210-000 | 157,747.13 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$287,793.33** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David C. West | 2100-000 | N/A | 1,435.41 | 1,435.41 | 1,435.41 |
| David C. West | 2200-000 | N/A | 29.09 | 29.09 | 29.09 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,464.50 | 1,464.50 | 1,464.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Utah State Labor Commission | 5800-000 | 7,586.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 7,586.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Bank | 7100-000 | 15,269.00 | 15,499.69 | 15,499.69 | 554.31 |
| 2 | Southwest Federal Credit Union | 7100-000 | 34,530.00 | 34,467.71 | 34,467.71 | 1,232.64 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 6,335.00 | 6,335.31 | 6,335.31 | 226.56 |
| 4 | Local Book Publishing Inc | 7100-000 | 600.00 | 736.09 | 736.09 | 26.32 |
| 5 | Melba L. Stewart Living Trust | 7100-000 | 50,000.00 | 61,812.55 | 61,812.55 | 2,210.55 |
| 6 | FIA Card Services, NA/Bank of America | 7100-000 | 17,435.00 | 17,435.85 | 17,435.85 | 623.54 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | 14,419.00 | 14,419.32 | 14,419.32 | 515.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lease Financial Group | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Justin Barron | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Joe Nueman | 7100-000 | 23,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 15,269.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Bsbuy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fsb Bankcard | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | U S Bank | 7100-000 | 11,908.00 | N/A | N/A | 0.00 |
| NOTFILED | Desert Palms Fitness Center | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Millennium Financial G | 7100-000 | 15,384.00 | N/A | N/A | 0.00 |
| NOTFILED | Small Business Administration | 7100-000 | 24,712.45 | N/A | N/A | 0.00 |
| NOTFILED | Small Business Administration | 7100-000 | 24,712.45 | N/A | N/A | 0.00 |
| NOTFILED | Lease Financial Groupl | 7100-000 | 1,853.00 | N/A | N/A | 0.00 |
| NOTFILED | Small Business Administration | 7100-000 | 24,712.45 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Campbell Canyon LLC (Merril Campbell) | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 985.00 | N/A | N/A | 0.00 |
| NOTFILED | Book Of The Month Club | 7100-000 | 37.98 | N/A | N/A | 0.00 |
| NOTFILED | American Management Sv | 7100-000 | 829.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 13,461.00 | N/A | N/A | 0.00 |
| NOTFILED | Brigg Lewis | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Bank Corp | 7100-000 | 5,916.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 392,768.33 | 150,706.52 | 150,706.52 | 5,389.59 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-33266  **Trustee:** (640120)  David C. West
**Case Name:** CAMPBELL, JARED MARK  **Filed (f) or Converted (c):** 09/27/10 (f)
CAMPBELL, EMILY HAMILTON  **§341(a) Meeting Date:** 11/05/10
**Period Ending:** 02/15/12  **Claims Bar Date:** 06/09/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Home at 111 Chokeberry Dr, St. George, UT | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Bank Accounts | 100.00 | 11.43 | | 11.43 | FA |
| 3 | Household Goods & Furnishings | 950.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books & Arts Objects | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Firearms & Hobby Equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Stock & Business Interests | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Automobiles-1999 Nissan Altima | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Other Vehicles-1997 Ford F250 | 1,750.00 | 0.00 | DA | 0.00 | FA |
| 11 | Other Vehicles-2008 MIrage Utility Trailer | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 12 | Tax Refunds-2010 (u) | 0.00 | 6,842.47 | | 6,842.47 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.19 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$167,450.00** | **$6,853.90** | | **$6,854.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 1, 2012      **Current Projected Date Of Final Report (TFR):**    July 21, 2011  (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-33266  
**Case Name:** CAMPBELL, JARED MARK  
                CAMPBELL, EMILY HAMILTON  
**Taxpayer ID #:** 38-6960824  
**Period Ending:** 02/15/12  

**Trustee:** David C. West (640120)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-19625079-65 - Money Market Account  
**Blanket Bond:** $86,297,230.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/08/11 | | State Bank of Southern Utah | Tax Refunds-Bank Accounts | | | 6,853.90 | | 6,853.90 |
| | {2} | | Bank account | 11.43 | 1129-000 | | | 6,853.90 |
| | {12} | | 2010 Federal and state<br>tax refunds | 6,842.47 | 1224-000 | | | 6,853.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 6,853.94 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.05 | | 6,853.99 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.05 | | 6,854.04 |
| 06/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.05 | | 6,854.09 |
| 06/30/11 | | To Account #92001962507966 | Transferred from Money Market to Checking<br>Account | | 9999-000 | | 6,854.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | **6,854.09** | **6,854.09** | **$0.00** |
| | | | Less: Bank Transfers | | | 0.00 | 6,854.09 | |
| | | | **Subtotal** | | | **6,854.09** | **0.00** | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$6,854.09** | **$0.00** | |

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-33266  
**Case Name:** CAMPBELL, JARED MARK  
                CAMPBELL, EMILY HAMILTON  
**Taxpayer ID #:** 38-6960824  
**Period Ending:** 02/15/12  

**Trustee:** David C. West (640120)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-19625079-66 - Checking Account  
**Blanket Bond:** $86,297,230.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/11 | | From Account #92001962507965 | Transferred from Money Market to Checking Account | 9999-000 | 6,854.09 | | 6,854.09 |
| 09/01/11 | 101 | David C. West | Dividend paid 100.00% on $29.09, Trustee Expenses; Reference: | 2200-000 | | 29.09 | 6,825.00 |
| 09/01/11 | 102 | David C. West | Dividend paid 100.00% on $1,435.41, Trustee Compensation; Reference: | 2100-000 | | 1,435.41 | 5,389.59 |
| 09/01/11 | 103 | US Bank | Dividend paid 3.57% on $15,499.69; Claim# 1; Filed: $15,499.69; Reference: 4186 | 7100-000 | | 554.31 | 4,835.28 |
| 09/01/11 | 104 | Southwest Federal Credit Union | Dividend paid 3.57% on $34,467.71; Claim# 2; Filed: $34,467.71; Reference: 74629.7 Voided on 12/28/11 | 7100-000 | | 1,232.64 | 3,602.64 |
| 09/01/11 | 105 | Chase Bank USA, N.A. | Dividend paid 3.57% on $6,335.31; Claim# 3; Filed: $6,335.31; Reference: 7053 | 7100-000 | | 226.56 | 3,376.08 |
| 09/01/11 | 106 | Local Book Publishing Inc | Dividend paid 3.57% on $736.09; Claim# 4; Filed: $736.09; Reference: 4085 (KWIK SHRED) | 7100-000 | | 26.32 | 3,349.76 |
| 09/01/11 | 107 | Melba L. Stewart Living Trust | Dividend paid 3.57% on $61,812.55; Claim# 5; Filed: $61,812.55; Reference: | 7100-000 | | 2,210.55 | 1,139.21 |
| 09/01/11 | 108 | FIA Card Services, NA/Bank of America | Dividend paid 3.57% on $17,435.85; Claim# 6; Filed: $17,435.85; Reference: 6881/2482 | 7100-000 | | 623.54 | 515.67 |
| 09/01/11 | 109 | FIA Card Services, NA/Bank of America | Dividend paid 3.57% on $14,419.32; Claim# 7; Filed: $14,419.32; Reference: 3181/8459 | 7100-000 | | 515.67 | 0.00 |
| 12/28/11 | 104 | Southwest Federal Credit Union | Dividend paid 3.57% on $34,467.71; Claim# 2; Filed: $34,467.71; Reference: 74629.7 Voided: check issued on 09/01/11 | 7100-000 | | -1,232.64 | 1,232.64 |
| 12/28/11 | 110 | Southwest Federal Credit Union | Replace Voided Check #104. Dividend paid on Claim # 2. Ref # 74629.7 | 7100-000 | | 1,232.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,854.09 | 6,854.09 | $0.00 |
| | | | Less: Bank Transfers | | 6,854.09 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,854.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,854.09** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-33266  
**Case Name:** CAMPBELL, JARED MARK  
CAMPBELL, EMILY HAMILTON  
**Taxpayer ID #:** 38-6960824  
**Period Ending:** 02/15/12

**Trustee:** David C. West (640120)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-19625079-66 - Checking Account  
**Blanket Bond:** $86,297,230.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-19625079-65** | 6,854.09 | 0.00 | 0.00 |
| **Checking # 9200-19625079-66** | 0.00 | 6,854.09 | 0.00 |
| | $6,854.09 | $6,854.09 | $0.00 |

{} Asset reference(s)   Printed: 02/15/2012 12:45 PM   V.12.57